1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
9                          UNITED STATES DISTRICT COURT
10                        NORTHERN DISTRICT OF CALIFORNIA
11                                EUREKA DIVISION

12  NAJIMEH NAMAZIPOUR,                          C 1:23-cv-03573 RMI
13                  Plaintiff,
14          v.                                   **STIPULATION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA;**
15  UNITED STATES CITIZENSHIP AND                [~~PROPOSED~~] **ORDER**
    IMMIGRATION SERVICE, *et al.*,
16
17                  Defendants.                  Hon. Robert M. Illman
18
19      Pursuant to 28 U.S.C. § 1404(a), the parties hereby stipulate and respectfully request the Court to
20  transfer this case to the United States District Court for the Central District of California. The Central
21  District of California is a district where this case might have been brought because Plaintiff resides in
22  that district, and all parties consent to transfer to that district.
23      Pursuant to Civil Local Rule 6-1(a), the parties further stipulate that Defendants' time to respond
24  to the complaint is extended to sixty days after this case is docketed with the United States District Court
25  for the Central District of California.
26      ///
27
28

Stip to Transfer Venue
C 1:23-cv-03573 RMI                              1

Dated: November 9, 2023

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated:  November 9, 2023

*/s/ Cyrus Meshki*
CYRUS MESHKI
Attorney for Plaintiff

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  This case hereby is transferred to the United States District Court for the Central District of California. Defendants' time to respond to the complaint is extended to sixty days after this case is docketed with the United States District Court for the Central District of California.

Date: November 13, 2023

ROBERT M. ILLMAN
United States Magistrate Judge

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.